LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GASPAR AILLAUD, | No. CV 21-06781 KK |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND ONE HUNDRED SEVENTY-TWO DOLLARS AND 96/100 ($3,172.96), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE:  August 11, 2022

                                  HON. KENLY KIYA KATO,
                                  UNITED STATES MAGISTRATE JUDGE